IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

LUIS HUERTAS-QUIÑONES
Defendant

CRIMINAL 12-0571CCC

**ORDER**

     Having considered the Report and Recommendation filed on December 14, 2012 (**docket entry 36**) on a Rule 11 proceeding of defendant Luis Huertas-Quiñones held before U.S. Magistrate Judge Silvia Carreño-Coll on December 11, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

     This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since December 11, 2012. The **sentencing hearing is set for March 12, 2013 at 4:30 PM**.

     SO ORDERED.

     At San Juan, Puerto Rico, on January 15, 2013.

                                           S/CARMEN CONSUELO CEREZO
                                           United States District Judge